PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*



FILED
DISTRICT COURT OF GUAM
JAN 2 5 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

ALICE SBAL

CRIMINAL CASE NO. 02-00014-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **December 19, 2002**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: AUSA
Defense Counsel
Guam Bureau of Immigration and Customs Enforcement
File

RECEIVED
JAN 2 4 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 25th day of January, 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL